Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)



**RECEIVED**

NOV 2 0 2023

CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

Civil/Criminal Division

Case No. **8:23cv515**

_(to be filled in by the Clerk's Office)_

|  |  |
|---|---|
| Susann Becker | ) |
| _____ | ) |
| **Plaintiff(s)** | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Tyler(or) Rexus | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | |
| _write "see attached" in the space and attach an additional page_ | |
| _with the full list of names. Do not include addresses here.)_ | |

Jury Trial: _(check one)_  ☒ Yes  ☒ No

OFFICE OF THE CLERK
2023 NOV 20 PM 12:41
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Susanne Becker |
| Address | 50965 COUNTY ROAD 27 |
| | SCOTTSBLUFF     NE     69361 |
| | *City*     *State*     *Zip Code* |
| County | SCOTTSBLUFF |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tylor(Tyler) Rexus |
| Job or Title *(if known)* | Communications Director |
| Address | 1825 1oth street |
| | gering     ne     69341 |
| | *City*     *State*     *Zip Code* |
| County | 308-436-5880 |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S Constitution Due process

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

please see attachment

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

please see attachment.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

please se attachment

B.      What date and approximate time did the events giving rise to your claim(s) occur?

please see attachment

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

please see attachment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

please see attachment

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

please see attachment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        November 13, 2023

Signature of Plaintiff

Printed Name of Plaintiff    SUSANNE BECKER prose

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Page 6 of 6

# Becker vs. Rexus (attachment Complaint)

1. Basis of Jurisdiction:
   1.1. Under 15 U.S.C (ss) 522, The Secretary of Interior will have rights to review all orders and complaints that could be subject to anyone under 25 U.S.C (ss) 233 that was or has been deprived of any rights, privileges or immunities secured by the Constitution under 42 U.S.C (ss) 1983 and Bivens v. Six unknown named Agents of Federal Bureau of Narcotics, 403 U.S 3888(1971).
      1.1.1. Susanne Becker is bringing Suit against Nebraska State Officials that are placed in local government positions in Scottsbluff County that violated the federal constitutional and statutory rights under the Due process Clause of the Fourteenth Amendment and Fifth Amendment which states that "no person shall be deprived of life, liberty, or property without due process of law".
      1.1.2. Tylor Rexus is a Supervisor of the 911 communications and non-emergency communications department of Scottsbluff County in the State of Nebraska.
         1.1.2.1. Tylor Rexus hires and employees a numerous number of dispatchers to help with the communications department for the county to law enforcement and medical services.
         1.1.2.2. On November 9, 2023, Tylor assigning dispatchers refused to connect Susanne Becker to an Official law enforcement Officer in the non-emergency call center and went as far as to hang up on Susanne Becker numerous times.
         1.1.2.3. On November 9, 2023, Tylor Rexus assigning dispatchers refused to connect Susanne Becker to an Official law enforcement Officer on the 911-emergnecy call center and went as far as connecting her to an officer that is in training mode and can only take notes.
      1.1.3. By Tylor Rexus supervisor authorization, Tylor has in fact trained his dispatchers and the communications center of Scottsbluff County of the States of Nebraska to Obstruct the process of Justice and the rights to due process under the Federal Constitution of Susanne Becker by training and instructing the dispatchers under his control to hang up and to not dispatch Official Law Enforcement Officers.
2. Statement of Claim
   2.1. These events happened on November 9, 2023 in the State of Nebraska in the County of Scottsbluff.
   2.2. The fact is Tylor Rexus Dispatcher refused to give their names, was judging Susanne Becker emergency based on if it is civil or criminal and would hang up numerous times on Susanne Becker. Tylor Rexus dispatchers never sent a Official Law Enforcement Officer to Susanne Becker house but instead conducting noting taking process with a Law Enforcement Officer that when question numerous times if he will file report he said I am taking notes.
      2.2.1. The training Officer is named Tristan Kirch who witness the event that Susanne Becker had to call the 911-emergency dispatcher to get a training Officer of the State of Nebraska to tell Tristan Kirch that Tyson Lambertson harassment paperwork was harassing based on accusing Susanne Becker of a crime with Nolan Lambertson which is call criminal libel of Slander and Defamation of Susanne Becker character in writing by an Order that was issued to Susanne Becker by the County Judge Kris(ten) Mickey.
3. Injuries

## Becker vs. Rexus (attachment Complaint)

3.1. I believe that Tylor Rexus has injured my personnel rights in a public manner under his aggrieved supervisory position to trained dispatchers to be aggrieved towards Susanne Becker by doing the following things to her on official government communications lines do not give her your full name and position title, hang up on her when his dispatchers feel that her reporting communications is not an issue of interest under both civil or criminal law for the dispatchers to send out Official law enforcement Officers to her house to collect information on any criminal of civil offense that occur so that Susanne Becker can sue properly in an official Court of law. Tylor Rexus is responsible for Susanne Becker mental anguish and emotional reactions of yelling and screaming over a recorded communications line requesting a to report a crime therefore Tylor Rexus and all his dispatchers assigned on and around 6pm and later on November 9, 2023 can be subject to Nebraska Code 28-907 that says false reporting can be also known as the intend to impede an investigation. On November 9, 2023, Tylor Rexus and all his evening dispatchers impede Susanne Becker's right to report a crime of harassment with the intentionally threat of imminent bodily injury by sodomy and duress.

4. Relief

4.1. I request by the my Indian rights under title 25 and at the direct of the Secretary of Interior that the United States Coast Guard take over Scottsbluff County of the State of Nebraska communications department and place Tylor Rexus and all his evening shift communications dispatchers under international arrest for endangering a marine/naval life. I also request under the Secretary of Interior that Susanne Becker be assign protection detail with her at all times for being a endanger marine species. I also request under the Secretary of Interior that Tylor Rexus and all of his evening shift dispatchers be placed on leave without pay and that all their tangible and intangible property and assets be place under a "new reservation called Choctaw" as a trade for equitable relief.

BECKER
509605 CR 27
Scottsbluff, NE
     69361

RECEIVED

NOV 20 2023

CLERK
U.S. DISTRICT COURT

Clerk
U.S. District Court

Roman L Hruska courthouse
111 South 18th Plaza Suite 1152
Omaha, NE     68102-1322

**Retail**

U.S. POSTAL
FCM LETTER
SCOTTSBLU
NOV 16, 202

68102     **$4.08**

RDC 99     0 Lb 3.30 Oz     R2304H1083

USPS TRACKING® #

