IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>            Plaintiff,<br><br>    vs.<br><br>TYLOR (TYLER) REXUS,<br><br>            Defendant. | 8:23CV515<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion.  Plaintiff filed a Complaint, Filing No. 1, on November 20, 2023.  However, Plaintiff failed to include the $405.00 filing and administrative fees.  Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis.  Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

Additionally, on November 27, 2023, the Clerk of Court advised Plaintiff that her Complaint was unsigned and therefore deficient.  The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Complaint) within 14 days, or the pleading "may be stricken from the record of this case."  Filing No. 4, Text Order.  Plaintiff failed to follow the Clerk of Court's directions.  Accordingly, the Court shall order Plaintiff to file a signed copy of her Complaint that complies with Federal Rule of Civil Procedure 11 and the Court's Local Rules.  If Plaintiff fails to do so, the Complaint will be stricken from the record in this case.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **May 14, 2024**: Check for MIFP or payment.

Dated this 15th day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge